UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANN MARIE ARBOUR,<br><br>    Plaintiff,<br><br>v.<br><br>THE MICROOPTICAL CORPORATION,<br><br>    Defendant. | Civil Action No. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant The MicroOptical Corporation ("MicroOptical"), by its undersigned counsel, states as follows:

<u>Parent Corporations of MicroOptical</u>: None.

<u>Publicly-Held Companies Owning More Than 10% of MicroOptical's Stock</u>: None.

The MicroOptical Corporation is a Delaware corporation, with its principal place of business located at 33 Southwest Park, Westwood, Massachusetts 02090.

Respectfully submitted,

THE MICROOPTICAL CORPORATION

By its attorneys,

/s/ *signature*

Robert M. Hale (BBO #217170)
Erin S. Martino (BBO #658100)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: August 22, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand-on 8/22/05.

/s/ *signature*

LIBB/1364521.1