UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN MARIE ARBOUR, | x |
| Plaintiff, | x |
| v. | x   Civil Action No. 05-11730-PBS |
| THE MICROOPTICAL CORPORATION, | x |
| Defendant. | x |

## DEFENDANT'S MOTION TO DISMISS COUNT IV OF PLAINTIFF'S COMPLAINT

Defendant The MicroOptical Corporation ("MicroOptical") hereby moves to dismiss Count IV asserted by Plaintiff Anne Marie Arbour in her Complaint. MicroOptical is entitled to judgment as a matter of law for the reasons set forth in the attached Memorandum in Support of Defendant's Motion to Dismiss Count IV of Plaintiff's Complaint.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), MicroOptical hereby requests oral argument on this Motion to Dismiss.

Respectfully submitted,

THE MICROOPTICAL CORPORATION

By its attorney,

_/s/ Robert M. Hale_
Robert M. Hale (BBO# 217170)
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: August 29, 2005
LIBB/1364608.1