UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ann Marie Arbour
        Plaintiff,                        CIVIL ACTION
                                                         NO.   05-11730-PBS
      v.

The Microoptical Corporation
        Defendant.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                     September 6, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss Count IV of Plaintiff's Complaint on **October 18, 2005**, at **3:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                                 By the Court,


                                                                          _/s/ Robert C. Alba_
                                                                          Deputy Clerk


Copies to:  All Counsel