UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *ANN MARIE ARBOUR,*<br><br>*Plaintiff,*<br><br>v.<br><br>*THE MICROOPTICAL CORPORATION,*<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>) *Civil Action No. 05-11730-PBS*<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL OF COUNTS II AND III OF PLAINTIFF'S COMPLAINT

Plaintiff, Ann Marie Arbour, and Defendant, The MicroOptical Corporation, hereby voluntarily agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the following Counts of Plaintiff's Complaint in this matter shall be dismissed with prejudice, each party to pay her or its own costs and attorneys' fees:

- Count II – Intentional Infliction of Emotional Distress; and

- Count III – Negligent Infliction of Emotional Distress.

| ANN MARIE ARBOUR | THE MICROOPTICAL CORPORATION |
|---|---|
| By her attorney, | By its attorneys, |
| *[signature]* | *[signature]* |
| David R. Ardito (BBO# 630025)<br>Bates Building, Suite #215A<br>7 North Main Street<br>Attleboro, MA  02703<br>(508) 431-2222 | Robert M. Hale (BBO# 217170)<br>Erin S. Martino (BBO# 658100)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA  02109<br>(617) 570-1000 |

Dated: 9/28 , 2005