UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN MARIE ARBOUR,<br><br>Plaintiff,<br><br>v.<br><br>THE MICROOPTICAL CORPORATION,<br><br>Defendant. | Civil Action No. 05-11730-PBS |

## NOTICE OF APPEARANCE OF
## ERIN S. MARTINO

Please enter pursuant to Local Rule 83.5.2 (a) the appearance of Erin S. Martino of Goodwin Procter LLP as counsel for Defendant The MicroOptical Corporation in the above-captioned matter.

Dated: October 5, 2005

Respectfully submitted,

THE MICROOPTICAL CORPORATION

By its attorneys,

/s/ Erin S. Martino
Robert M. Hale (BBO# 217170)
Erin S. Martino (BBO# 658100)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

LIBA/1589445.1