**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Ann Marie Arbour
        Plaintiff

                                  CIVIL ACTION
V.                                   05-11730-PBS

The Microoptical Corp.
        Defendant

**ORDER OF REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:

   _____ EARLY NEUTRAL EVALUATION   \_\_X\_\_ MEDIATION: November, 2005
   _____ MINI-TRIAL                                _____ SUMMARY JURY TRIAL
   _____ SETTLEMENT CONFERENCE        _____ SPECIAL MASTER
   _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                                                      HON. PATTI B. SARIS
                                                      UNITED STATES DISTRICT JUDGE
                                                      BY: /s/ Robert C. Alba
DATE: October 18, 2005                            DEPUTY CLERK

<u>CASE CATEGORY</u>

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | | _____ | |