UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ann Marie Arbour
Plaintiff,

       V.                               Civil Action Number
                                       05-11730-PBS

The Microoptical Corp.
Defendant.                               October 18, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 4/28/06

Plaintiff's expert designation deadline: 2/28/06

Defendant's expert designation deadline: 2/28/06

Summary Judgment Motion filing deadline: 5/31/06

Opposition to Summary Judgment Motions: 6/30/06

Hearing on Summary Judgment or Pretrial Conference: 7/26/06 at 2:00 p.m.

Case to be referred to Mediation program: November, 2005

Parties consent to trial by Magistrate Judge.

                                                                By the Court,

                                                                /s/ Robert C. Alba
                                                                Deputy Clerk