EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANN MARIE ARBOUR,<br><br>Plaintiff,<br><br>v.<br><br>THE MICROOPTICAL CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11730-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Plaintiff, Ann Marie Arbour, and Defendant, The MicroOptical Corporation, hereby voluntarily agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be dismissed with prejudice, each party to pay her or its own costs and attorneys' fees.

| ANN MARIE ARBOUR | THE MICROOPTICAL CORPORATION |
|---|---|
| By her attorney, | By its attorneys, |
| /s/ David R. Ardito | /s/ Robert M. Hale |
| David R. Ardito (BBO# 630025)<br>Bates Building, Suite #215A<br>7 North Main Street<br>Attleboro, MA 02703<br>(508) 431-2222 | Robert M. Hale (BBO# 217170)<br>Erin S. Martino (BBO# 658100)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-1000 |

Dated: 12/21/05

LIBB/1392048.1